IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kelvin Sharod Addison, | ) | C/A No.: 1:15-571-SB-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Corporal Steven Moore, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Defendant's motion [ECF No. 35] to depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B).

It appearing to the court that Defendant's request is reasonable and proper, Defendant's motion is granted. Defendant is granted leave to take the deposition of Plaintiff Kelvin Sharod Addison, #309917, on Tuesday, July 14, 2015, at 10:00 a.m. at the Evans Correctional Institution.

Defendants shall give ten days' advance notice of the deposition.

IT IS SO ORDERED.

*Shiva V. Hodges*

July 2, 2015
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge